UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00226-D

| | |
|---|---|
| VICKI M. JEFFRIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER, | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Consent Motion for Remand. Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon remand, further consideration will be given to the North Carolina Department of Health and Human Services Medicaid decision and Plaintiff's alleged orthopedic impairments.

SO ORDERED. This __3__ day of February 2016.

JAMES C. DEVER III
Chief United States District Judge