UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICKI M. JEFFRIES, )<br> Plaintiff, )<br> )<br> v. )<br> )<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br> Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-226-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay the sum of $3,693.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to:

Charlotte W. Hall

Charles T. Hall Law Firm, P.C.

P.O. Box 10629

Raleigh, NC 27605

**This Judgment Filed and Entered on February 26, 2016, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Elisa Donohoe | (via CM/ECF Notice of Electronic Filing) |

DATE: JULIE RICHARDS JOHNSTON, CLERK

February 26, 2016 (By) /s/ Nicole Briggeman

 Deputy Clerk